# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| AMY DAVIS o/b/o N.L.D., a minor child,<br>*Plaintiff*<br>v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br>*Defendant* | Civil Action No. 12-CV-0592-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ **recover from the defendant** *(name)* _____ **the amount of** _____ **dollars ($** _____ **), which includes prejudgment interest at the rate of** _____ **%, plus post judgment interest at the rate of** _____ **% per annum, along with costs.**

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Plaintiff's Motion for Summary Judgment, ECF No. 14, is GRANTED.
Defendant's Motion for Summary Judgment, ECF No. 15, is DENIED.
Pursuant to sentence four of 42 U.S.C. § 405(g), this action is REVERSED and REMANDED to the Commissioner for further proceedings consistent with the Order Granting Plaintiff's Motion for Summary Judgment.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☑ **decided by Judge** THOMAS O. RICE on motions for SUMMARY JUDGMENT (ECF NOS. 14 and 15).

Date: October 7, 2013

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen